STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DAVID B. SCHUMM, DEFENDANT-APPELLANT.

Argued December 13, 1977—Decided January 5, 1978.

*Mr. Daniel J. Matyola* argued the cause for appellant (*Messrs. Wharton, Stewart and Davis,* attorneys; *Mr. Martin L. Gilbert,* on the brief).

*Mr. Simon L. Rosenbach* argued the cause for respondent (*Mr. Stephen R. Champi,* Somerset County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division, 146 *N. J. Super.* 30.

*For affirmance*—Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.